**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Konstantinos Tzumakaris<br>　　　　Katherine Tzumakaris<br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-11031 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *Rebecca Solarz*
　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　12 Nov 2020, 16:50:39, EST

　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　(215) 627-1322