United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-11031-amc

Konstantinos Tzumakaris                                                     Chapter 13

Katherine Tzumakaris
　　　Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: Adminstra                                    Page 1 of 2
Date Rcvd: Nov 24, 2020                       Form ID: trc                                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14094102 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 25 2020 02:10:18 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020                     Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor NPL Capital  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Defendant NPL Capital  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |
| EUGENE J. MALADY | on behalf of Plaintiff Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Debtor Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Plaintiff Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |

District/off: 0313-2                          User: Adminstra                          Page 2 of 2
Date Rcvd: Nov 24, 2020                       Form ID: trc                             Total Noticed: 1

EUGENE J. MALADY
                    on behalf of Joint Debtor Katherine Tzumakaris kjones@ejmcounselors.com emalady@ejmcounselors.com

FREDERICK L. REIGLE
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

KARINA VELTER
                    on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com

KATHRYN MARY WAKEFIELD
                    on behalf of Creditor 20 Cap Fund I  LLC kathryn@dwaldmanlaw.com

KEVIN S. FRANKEL
                    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

REBECCA ANN SOLARZ
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
                    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD MILLER
                    on behalf of Defendant NPL Capital  LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com


TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11031-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Konstantinos Tzumakaris
2500 Park Lane
Broomall PA 19008

Katherine Tzumakaris
2500 Park Lane
Broomall PA 19008

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/23/2020.

Name and Address of Alleged Transferor(s):

Claim No. 7: JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Towd Point Mortgage Trust 2020-4, U.S. Bank Natio
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/26/20

Tim McGrath
**CLERK OF THE COURT**