**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Konstantinos Tzumakaris** | : | Case No.: 18-11031 |
| **Katherine Tzumakaris** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-008990_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11031** |
| **Konstantinos Tzumakaris** : | **Chapter 13** |
| **Katherine Tzumakaris** : | **Judge Ashely M. Chan** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Konstantinos Tzumakaris** : | |
| **Katherine Tzumakaris** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

  Eugene J. Malady, Attorney for Konstantinos Tzumakaris and Katherine Tzumakaris, 211 North Olive Street, Suite 1, Media, PA  19063, kjones@ejmcounselors.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

  Konstantinos Tzumakaris and Katherine Tzumakaris, 2500 Park Lane, Broomall, PA  19008


DATE: <u>March 8, 2021</u>

/s/ Sarah E. Barngrover<br>
Sarah E. Barngrover, Esquire (323972)<br>
Adam B. Hall (323867)<br>
Manley Deas Kochalski LLC

18-008990_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-008990_PS