| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-11031-AMC

KONSTANTINOS  TZUMAKARIS
KATHERINE  TZUMAKARIS
2500 PARK LANE
BROOMALL  PA    19008

Petition Filed Date: 02/15/2018
341 Hearing Date: 05/04/2018
Confirmation Date: 02/13/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/2020 | $64.38 | 19083383353 | 03/31/2020 | $500.00 | 19083383352 | 04/29/2020 | $64.38 | 19083383594 |
| 04/29/2020 | $500.00 | 19083383593 | 06/01/2020 | $500.00 | 19097795493 | 06/01/2020 | $64.38 | 19097795494 |
| 06/30/2020 | $500.00 | 19116385329 | 06/30/2020 | $64.38 | 19116385330 | 07/27/2020 | $500.00 | 19130172087 |
| 07/27/2020 | $64.38 | 19130172088 | 09/01/2020 | $500.00 | 19140007212 | 09/01/2020 | $193.38 | 19140007213 |
| 09/29/2020 | $500.00 | 19140007441 | 09/29/2020 | $193.38 | 19140007442 | 11/02/2020 | $500.00 | 19175650849 |
| 11/02/2020 | $193.38 | 19175650848 | 12/01/2020 | $500.00 | 19175651058 | 12/01/2020 | $193.38 | 19175651059 |
| 01/06/2021 | $500.00 | 19207734097 | 01/06/2021 | $193.38 | 1811031 | 01/25/2021 | $193.38 | 19207734349 |
| 01/25/2021 | $500.00 | 19207734348 | 03/02/2021 | $193.38 | 19221212213 | 03/02/2021 | $500.00 | 19221212212 |
| 04/08/2021 | $500.00 | 19239313319 | 04/08/2021 | $193.38 | 19239313320 | 04/30/2021 | $500.00 | 19259066845 |
| 04/30/2021 | $193.38 | 19259066846 | 06/01/2021 | $193.38 | 19259067084 | 06/01/2021 | $500.00 | 19259067083 |

**Total Receipts for the Period:  $9,755.70    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $21,043.30**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  004 | Unsecured Creditors | $1,809.55 | $98.18 | $1,711.37 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $85.65 | $0.00 | $85.65 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | 20 CAP FUND I<br>»»  002 | Unsecured Creditors | $72,834.84 | $3,951.53 | $68,883.31 |
| 5 | JP MORGAN CHASE BANK NA<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | KIA MOTORS FINANCE<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $4,387.14 | $238.02 | $4,149.12 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $5,266.94 | $285.77 | $4,981.17 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  001 | Unsecured Creditors | $1,057.84 | $51.48 | $1,006.36 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03A | Unsecured Creditors | $19,241.79 | $1,043.91 | $18,197.88 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03B | Unsecured Creditors | $1,103.75 | $53.65 | $1,050.10 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03C | Unsecured Creditors | $93.10 | $0.00 | $93.10 |

**Chapter 13 Case No. 18-11031-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03D | Unsecured Creditors | $9,025.04 | $489.65 | $8,535.39 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03E | Priority Crediors | $3,425.75 | $3,425.75 | $0.00 |
| 11 | EUGENE J MALADY ESQ<br>»»  011 | Attorney Fees | $8,000.00 | $8,000.00 | $0.00 |
| 0 | EUGENE J MALADY ESQ<br>»»  POC#12 FILED 8/18/20 $982.50 | Attorney Fees | $982.50 | $982.50 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,043.30 | Current Monthly Payment: | $693.38 |
| Paid to Claims: | $18,620.44 | Arrearages: | ($564.47) |
| Paid to Trustee: | $1,777.00 | Total Plan Base: | $35,039.81 |
| Funds on Hand: | $645.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.