# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Konstantinos Tzumakaris | : | Case No.: 18-11031 |
| Katherine Tzumakaris | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

18-008990_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-11031** |
| **Konstantinos Tzumakaris** | : **Chapter 13** |
| **Katherine Tzumakaris** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Konstantinos Tzumakaris** | : |
| **Katherine Tzumakaris** | : |
| | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Eugene J. Malady, Attorney for Konstantinos Tzumakaris and Katherine Tzumakaris, Eugene J. Malady, LLC, 211 N. Olive Street, Suite 1, Media, PA 19063, kjones@ejmcounselors.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 21, 2021:

Konstantinos Tzumakaris and Katherine Tzumakaris, 2500 Park Lane, Broomall, PA 19008

DATE: September 21, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC

18-008990_PS

                            P.O. Box 165028
                            Columbus, OH  43216-5028
                            Telephone: 614-220-5611
                            Fax: 614-627-8181
                            Attorneys for Creditor
                            The case attorney for this file is Adam B. Hall.
                            Contact email is abh@manleydeas.com

18-008990_PS