| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-11031-AMC**

KONSTANTINOS   TZUMAKARIS
KATHERINE   TZUMAKARIS
2500 PARK LANE
BROOMALL  PA    19008

Petition Filed Date: 02/15/2018
341 Hearing Date: 05/04/2018
Confirmation Date: 02/13/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $500.00 | 19239313319 | 04/08/2021 | $193.38 | 19239313320 | 04/30/2021 | $500.00 | 19259066845 |
| 04/30/2021 | $193.38 | 19259066846 | 06/01/2021 | $193.38 | 19259067084 | 06/01/2021 | $500.00 | 19259067083 |
| 06/30/2021 | $500.00 | 19273930215 | 06/30/2021 | $193.38 | 19273930216 | 07/28/2021 | $500.00 | 19284867700 |
| 07/28/2021 | $193.38 | 19284867701 | 08/27/2021 | $193.38 | 19284867970 | 08/27/2021 | $500.00 | 19284867969 |
| 09/28/2021 | $193.38 | 19302924657 | 09/28/2021 | $500.00 | 19302924656 | 10/25/2021 | $193.38 | 19006817323 |
| 10/25/2021 | $500.00 | 19006817322 | 11/24/2021 | $193.38 | 19330488018 | 11/24/2021 | $500.00 | 19330488017 |
| 12/28/2021 | $193.38 | 19330488234 | 12/28/2021 | $500.00 | 19330488233 | 01/26/2022 | $193.38 | 19361281627 |
| 01/26/2022 | $500.00 | 19361281626 | 03/01/2022 | $500.00 | 19361281936 | 03/01/2022 | $193.38 | 19361281937 |
| 03/29/2022 | $193.38 | 19339073585 | 03/29/2022 | $500.00 | 19339073586 | 04/29/2022 | $500.00 | 19396502832 |
| 04/29/2022 | $193.38 | 19396502833 | 06/01/2022 | $193.38 | 19396503081 | 06/01/2022 | $500.00 | 19396503080 |
| 07/01/2022 | $500.00 | 19396503321 | 07/01/2022 | $193.38 | 19396503322 | 07/25/2022 | $193.38 | 19396503498 |
| 07/25/2022 | $500.00 | 19396503497 | | | | | | |

**Total Receipts for the Period:  $11,787.46    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $30,750.62**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  004 | Unsecured Creditors | $1,809.55 | $237.78 | $1,571.77 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $85.65 | $0.00 | $85.65 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | 20 CAP FUND I<br>»»  002 | Unsecured Creditors | $72,834.84 | $9,568.42 | $63,266.42 |
| 5 | JP MORGAN CHASE BANK NA<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | KIA MOTORS FINANCE<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $4,387.14 | $576.39 | $3,810.75 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $5,266.94 | $691.93 | $4,575.01 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  001 | Unsecured Creditors | $1,057.84 | $138.95 | $918.89 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03A | Unsecured Creditors | $19,241.79 | $2,527.79 | $16,714.00 |

**Chapter 13 Case No. 18-11031-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03B | Unsecured Creditors | $1,103.75 | $144.96 | $958.79 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03C | Unsecured Creditors | $93.10 | $0.00 | $93.10 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03D | Unsecured Creditors | $9,025.04 | $1,185.60 | $7,839.44 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03E | Priority Crediors | $3,425.75 | $3,425.75 | $0.00 |
| 11 | EUGENE J MALADY ESQ<br>»» 011 | Attorney Fees | $8,000.00 | $8,000.00 | $0.00 |
| 0 | EUGENE J MALADY ESQ<br>»» POC#12 FILED 8/18/20 $982.50 | Attorney Fees | $982.50 | $982.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,750.62 | Current Monthly Payment: | $693.38 |
| Paid to Claims: | $27,480.07 | Arrearages: | ($564.47) |
| Paid to Trustee: | $2,609.06 | Total Plan Base: | $35,039.81 |
| Funds on Hand: | $661.49 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.