Certificate Number: 05781-PAE-DE-037285555

Bankruptcy Case Number: 18-11031



05781-PAE-DE-037285555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 7:35 o'clock PM PDT, Katherine Tzumakaris completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 22, 2023                By:     /s/Allison M Geving

                                     Name:   Allison M Geving

                                     Title:  President