United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11031-amc |
| Konstantinos Tzumakaris | Chapter 13 |
| Katherine Tzumakaris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Konstantinos Tzumakaris, Katherine Tzumakaris, 2500 Park Lane, Broomall, PA 19008-2204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2020-4 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor NPL Capital LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Defendant NPL Capital LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 234 | Total Noticed: 1 |

CHRISTOPHER R. MOMJIAN
 on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

EUGENE J. MALADY
 on behalf of Joint Debtor Katherine Tzumakaris kjones@ejmcounselors.com emalady@ejmcounselors.com

EUGENE J. MALADY
 on behalf of Plaintiff Konstantinos Tzumakaris kjones@ejmcounselors.com emalady@ejmcounselors.com

EUGENE J. MALADY
 on behalf of Debtor Konstantinos Tzumakaris kjones@ejmcounselors.com emalady@ejmcounselors.com

EUGENE J. MALADY
 on behalf of Plaintiff Katherine Tzumakaris kjones@ejmcounselors.com emalady@ejmcounselors.com

KATHRYN MARY WAKEFIELD
 on behalf of Creditor 20 Cap Fund I LLC kathryn@dwaldmanlaw.com

KEVIN S. FRANKEL
 on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor Towd Point Mortgage Trust 2020-4 U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
 on behalf of Defendant NPL Capital LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Konstantinos Tzumakaris and
Katherine Tzumakaris
        Debtor(s)                                             Case No:18−11031−amc
                                                              Chapter: 13

_____

## *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


                                                                                          For The Court


                                                                                          Timothy McGrath,
                                                                                          Clerk of Court

Date: 3/21/23

                                                                                          94
                                                                                         Form 234