United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11031-amc
Konstantinos Tzumakaris  Chapter 13
Katherine Tzumakaris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Mar 27, 2023      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Konstantinos Tzumakaris, Katherine Tzumakaris, 2500 Park Lane, Broomall, PA 19008-2204 |
| 14169150 | + | 20 Cap Fund l, LLC, c/o Law Offices of Damian G Waldman PA, P O Box 5162, Largo, Florida 33779-5162 |
| 14524858 | + | FCI Lender Services, 4636 Park Blvd., San Diego, CA 92116-2629 |
| 14200569 | + | JPMorgan Chase Bank, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14056842 | + | Jessica N. Manis, Esquire, Stein & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14082011 | + | NPL Capital LLC, 228 Park Avenue S 28282, New York, NY 10003-1502 |
| 14056845 | + | NPL Capitol, LLC, c/o Christopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14561111 | + | Towd Point Mortgage Trust 2020-4, U.S. Bank National Association,, c/o Rebecca Solarz,Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2023 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14089625 | + | Email/Text: g20956@att.com | Mar 28 2023 00:03:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14056838 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 00:05:35 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14095231 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 00:15:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14056839 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2023 00:05:32 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14092440 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2023 00:03:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14056840 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 00:05:35 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 14056841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 00:05:35 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14089786 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 00:05:35 | JPMorgan Chase Bank, N.A., National Bankruptcy |

Case 18-11031-amc    Doc 103    Filed 03/29/23    Entered 03/30/23 00:29:58    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14094102 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 00:05:31 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14056843 | + | Email/Text: EBNBKNOT@ford.com | Mar 28 2023 00:03:00 | Kia Motors Finance Co, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14056844 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 00:03:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14096181 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 00:05:32 | LVNV Funding, LLC its successors and assigns as, assignee of Chase Bank USA, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14096180 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 00:05:36 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14081872 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 00:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14085593 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14563218 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 00:03:00 | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14560830 | ^ | MEBN | Mar 27 2023 23:54:55 | Towd Point Mortgage Trust 2020-4, U.S. Bank Nation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14273959 | ##+ | Eugene J. Malady, LLC, 211 N. Olive Street, Suite 1, Media, PA 19063-2835 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 27, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Defendant NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |
| EUGENE J. MALADY | on behalf of Debtor Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Plaintiff Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Joint Debtor Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Plaintiff Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| KATHRYN MARY WAKEFIELD | on behalf of Creditor 20 Cap Fund I  LLC kathryn@dwaldmanlaw.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Defendant NPL Capital  LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Konstantinos Tzumakaris and
Katherine Tzumakaris

        Debtor(s)                         Case No: 18−11031−amc

                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/27/23

 

                                                                                              102 − 94
                                                                     Form 138OBJ