United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-11031-amc
Konstantinos Tzumakaris                                                        Chapter 13
Katherine Tzumakaris
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Konstantinos Tzumakaris, Katherine Tzumakaris, 2500 Park Lane, Broomall, PA 19008-2204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 08 2023 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | |

Case 18-11031-amc    Doc 108    Filed 05/10/23    Entered 05/11/23 00:30:52    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: 138FIN | Total Noticed: 3 |

on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Defendant NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER R. MOMJIAN
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov

EUGENE J. MALADY
    on behalf of Joint Debtor Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
    on behalf of Plaintiff Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
    on behalf of Debtor Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
    on behalf of Plaintiff Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

KATHRYN MARY WAKEFIELD
    on behalf of Creditor 20 Cap Fund I  LLC kathryn@dwaldmanlaw.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
    on behalf of Defendant NPL Capital  LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Konstantinos Tzumakaris and
Katherine Tzumakaris
       Debtor(s)

Case No: 18−11031−amc
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/8/23

107 − 106
Form 138FIN