United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 18-11031-amc

Konstantinos Tzumakaris                                                             Chapter 13

Katherine Tzumakaris

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Konstantinos Tzumakaris, Katherine Tzumakaris, 2500 Park Lane, Broomall, PA 19008-2204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Defendant NPL Capital  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER R. MOMJIAN | |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 08, 2023                          Form ID: 195                                 Total Noticed: 1

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov

EUGENE J. MALADY
                    on behalf of Joint Debtor Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
                    on behalf of Plaintiff Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
                    on behalf of Debtor Konstantinos Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

EUGENE J. MALADY
                    on behalf of Plaintiff Katherine Tzumakaris kjones@ejmcounselors.com  emalady@ejmcounselors.com

KATHRYN MARY WAKEFIELD
                    on behalf of Creditor 20 Cap Fund I  LLC kathryn@dwaldmanlaw.com

KEVIN S. FRANKEL
                    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
                    on behalf of Defendant NPL Capital  LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com


TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13


Konstantinos Tzumakaris and Katherine Tzumakaris          : Case No. 18−11031−amc
        Debtor(s)


### *ORDER*

_____

     AND NOW, this day , June 8, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                  By The Court


                  Ashely M. Chan
                  Judge, United States Bankruptcy Court